**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Minimally Invasive Vascular Center of Maryland, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3760169 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9201 Cherry lane | |
| Number    Street | Number    Street |
| | P.O. Box |
| Laurel     MD    20708 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Prince George's County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   www.mivcmd.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

| Debtor | Minimally Invasive Vascular Center of Maryland, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
           District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                                   MM / DD / YYYY
           Case number, if known _____

Debtor   Minimally Invasive Vascular Center of Maryland, LLC                    Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number     Street

_____

_____     _____   _____
City                                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor  Minimally Invasive Vascular Center of Maryland, LLC  Case number (*if known*)_____
           Name

| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/15/2024
              MM / DD / YYYY

✘ /s/ Jeffrey Dormu                              Jeffrey Dormu
Signature of authorized representative of debtor   Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Charles Iweanoge                Date  04/15/2024
Signature of attorney for debtor            MM / DD / YYYY

Charles Iweanoge
Printed name

THE IWEANOGES' FIRM, PC
Firm name

1026 Monroe Street, NE
Number    Street

Washington                          DC        20017
City                                State     ZIP Code

2023477026                          cci@iweanogesfirm.com
Contact phone                       Email address

14576                               MD
Bar number                          State

**Advice Media**
1850 W Ashton Blvd
Suite 500
Lehi, UT 84043


**Alice Belton**
2504 Log Mill Court
Crofton, MD 21114


**Anderson Fire Protection Inc**
5710 Furnace Avenue
Suite D
Elkridge, MD 21075


**Ascentium Capital**
23970 Highway 59N
Humble, TX 77339


**Ayana Seibles**
12707 Woodmore Road
Bowie, MD 20721


**Ayana Seibles**
12707 Woodmore Road
Bowie
MD 20721


**BGE**
P.O. Box 1475
Baltimore, MD 21203


**Brien M. Penn**
223 E. Redwood Street
Suite 800G
Baltimore, MD 21202


**Cordis US Corp**
P.O. Box 7410797
Chicago, IL 60674


**COVERYS**
30680 Bainbridge Road
Solon, OH 44139


**Curtis Power Solutions**
P.O. Box 7788
Portsmouth, VA 23707


**Delaware Elevator**
2210 Allen Drive
Salisbury, MD 21801

**Diversified**
**37 Market Street**
**Kenilworth, NJ 07033**


**Eccleston & Wolf**
**7240 Parkway Drive**
**4th Floor**
**Hanover, MD 21076**


**Elevation Greenroof**
**4380 Nicole Drive**
**Lanham, MD 20706**


**Heather Ann Terry**
**129 Manheim Avenue**
**Apt # 4**
**Oaklyn, NJ 08107**


**Henry Schein**
**135 Duryea Road**
**Melville, NY 11747**


**Horizon**
**8039 Penn Randall Place**
**Suite C**
**Upper Marlboro, MD 20772**


**Houlon, Berman, Finci & Levenstein**
**7850 Walker Drive**
**Suite 160**
**Upper Marlboro, MD 20772**


**Jeffrey Dormu**
**12707 Woodmore Road**
**Bowie, MD 20721**


**Jeffrey Dormu**
**127 Woodmore Road**
**Bowie**
**MD 20721**


**Joel Seledee**
**One North Charles Street**
**Suite 2300**
**Baltimore, MD 21201**


**Kevin Byrnes**
**1751 Pinnacle Drive**
**Suite 1000**
**McLean, VA 22102**


**LaunchMSP**

**McGuireWoods**
**888 16th Street NW**
**Suite 500**
**Washington, DC 20006**


**Medtronic USA Inc**
**P.O. Box 409201**
**Atlanta, GA 30384**


**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue,**
**Suite 400**
**Riverdale, MD 20737-1385**


**Mitel**
**P.O. Box 2949**
**Cedar Park, TX 78630**


**MyFax**
**2 Gurdwara Road**
**Suite 300**
**Ottawa k2E 1A2 Canada,**


**NE Scientific**
**2142 Thomaston Avenue**
**Waterbury, CT 06704**


**NextGen**
**18111 Von Karman Avenue**
**Suite 600**
**Irvine, CA 92612**


**Petitbon Alarm Company**
**2151 Priest Bridge Drive**
**Crofton, MD 21114**


**PK Law**
**901 Dulaney Valley Road**
**Suite 500**
**Towson, MD 21204**


**Prince George County, Maryland**
**1301 McCormick Drive**
**Upper Marlboro, MD 20774**


**RadioOne**
**8515 Georgia Avenue**
**Silver Spring, MD 20910**


**Roberts Oxygen**
**P.O. Box 5507**
**Derwood, MD 20855**

**Semier Scientific**
**2344 Walsh Avenue**
**Santa Clara, CA 95051**

**Sierra Dosimetry**
**P.O. Box 102026**
**Pasadena, CA 91189**

**Sobeida Canaca**
**15120 Kalmia Drive**
**Laurel, MD 20707**

**Stanley Doors**
**7476-E New Ridgw Road**
**Hanover, MD 21076**

**StateFarm Insurance**
**510 4th Street**
**Laurel, MD 20707**

**Verizon**

**WSSC**
**14501 Sweitzer Lane**
**Laurel, MD 20707**

**Xerox Financial Services**
**P.O. Box 202882**
**Dallas, TX 75320**

**Zev T. Gershon**
**25 Hooks Lane**
**Suite 216**
**Baltimore, MD 21208**

**Ziehmb Imaging**
**6280 Hazeltine National Drive**
**Orlando, FL 32822**

United States Bankruptcy Court
District of Maryland

In re: Minimally Invasive Vascular Center of Maryland, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/15/2024

/s/ Jeffrey Dormu
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor